UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Navarre Corporation,

Plaintiff,

vs.

Un-D-Nyable Entertainment, Inc.,

Defendant.

Case No.: 00-2705 RHK/JMM

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

In accordance with that certain Settlement Agreement between Plaintiff and Defendant executed in connection with the above-captioned litigation, and expressly subject to the terms set forth therein, the parties through their undersigned respective counsel, hereby stipulate and agree that the above-captioned litigation is hereby dismissed with prejudice and on the merits, and without further cost to any party.

Date: August 14, 2001

WINTHROP & WEINSTINE, P.A.

By: [signature]
John C. Holper, #229350
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 290-8400

Attorneys for Plaintiff

FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: August 13, 2001

ABDO AND ABDO, P.A.

By: ______________________
Keith J. Broady, #120972

710 Northstar West
625 Marquette Avenue
Minneapolis, MN 55402
Telephone: (612) 333-1526

AND

McBRIDE BAKER & COLES

By: ______________________
Peter J. Strand

500 West Madison Street
40th Floor
Chicago, Illinois 60661-2511
Telephone: (312) 715-5700

Attorneys for Defendant

ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that, in accordance with that certain Settlement Agreement between Plaintiff and Defendant executed in connection with the above-captioned litigation, and expressly subject to the terms set forth therein, the above-captioned litigation is hereby dismissed with prejudice and on the merits, and without further cost to any party.

Dated this 22 day of August, 2001

BY THE COURT

By: ______________________
Richard H. Kyle
United States District Court Judge

idmsstp:632773_1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500